4/17/2012

**From:**     andyrossesq@msn.com
**To:**       Julie B
**Cc:**       gary.boyle.boylelawoffice@gmail.com
**Sent:**     4/12/2011    4:57PM
**Subject:**  Kate....

is away. You have very little time remaining to provide us with notarized affidavits regarding Richard Lees criminal activities while you have been in his employ. You have committed multiple crimes against me and Kate. We are going to attach your house. Your name has already been presented to the FBI here in Santa Fe and both the US Attorney's office and the New Mexico Attorney General. You are a horrible person and deserve to be sent away for the rest of your natural life for your crimes. However, it's Richard Lees that we want so talk to your husband because this is not a game anymore.

# Exhibit 9

4/17/2012

**From:**    andyrossesq@msn.com
**To:**    gary.boyle.boylelawoffice@gmail.com
**Cc:**    Richard Lees
**Sent:**    4/12/2011   5:01PM
**Subject:**    Paul Gerber and Sarah Bennett

Gary, Lees has just responded to run up more fees. He has stolen 200k of Kate's money in unnecessary fees from Goldstein who is mentally deranged and another 300k directly billed to Kate.He was involved in a criminal conspiracy with Pau; Gerber and Sarah Bennett to increase fees all around. He was offered $780K in September. He committed EXTORTION, mail frasud, wire fraud and libel. We're going to put him away with or without your help.

4/17/2012

**From:**     andyrossesq@msn.com
**To:**        Richard Lees
**Cc:**        Julie B;  gary.boyle.boylelawoffice@gmail.com
**Sent:**      4/18/2011   5:31AM
**Subject:**

Richard, Kate wants EVERY penny that Alan Goldstein paid you in legal fees returned to her by the end of this week plus the interest she has lost by your extortion. You, Ms. Brisbidine and Alan Goldstein have defrauded Kate out of approximately $250,000 to say nothing of the 300K+ you caused her to incur in unnecessary legal fees.

We intend to pursue the three of you legally for the rest of your natural lives. We will vigorously prosecute you and attach any and all assets any of you possess. We will garnish your salaries and will encourage the launching of a criminal investigation and prosecution. Neither Kate nor I will rest until the three of you are booked into a federal facility for a long vacation. The three of you are the most reprehensible individuals I have EVER come across in my entire life.

4/17/2012

**From:** andyrossesq@msn.com
**To:** Richard Lees
**Cc:** gabriellegoldstein@dwt.com; gary.boyle.boylelawoffice@gmail.com
**Sent:** 10/13/2011  10:57AM
**Subject:** things

Richard, you are about to be swamped with a legal tsunami. Goldstein will NEVER pay you a cent and the 10th Circuit will return Kate's IRA to her. Singleton, Hall and you are headed to a Federal prison. I am giving you a window to settle ALL litigation including a new Federal diversity action against Goldstein and G. Goldstein for fraud based on their perjury. A bar complaint against G. Goldstein was mailed to Los Angeles today. We are asking the NM Disciplinary Committee to reopen the allegations against you based on your subornation of perjury in TWO active cases.

I am flying a legal team from Harvard into Denver, the LAW (somethng which you have been a tresspassor of) is on Kate's side. My family's foundation will provide all funding in the Federal courts going forward. I know you are not stupid, Singleton and Hall are clearly guilty of 18 U.S.C. Section 241 & 242. Most of the NM statutory scheme concerning property is clearly unconstitutional and we'll be filing next week for Declaratory relief from the Federal Courts. I told kate over a year ago that this case would end up in SCOTUS, you don't have the resources to fight us.

Goldstein's pension is under $280K and his lack of ANY knowledge no less knowledge about finances will result in it being totally wiped within the next two years. So, here is my enhanced offer to you, he keeps his pension, 1/2 of the joint account and we make out checks paid directly to the creditors (Citibank & AMEX). I'd like to further remind you that Goldstein has screwed over lawyers his entire life in amounts in total over 300K. Andrew Ross.

**From:**       andrew ross <andyrossesq@msn.com>
**To:**         Richard@leeslawfirm.com
**CC:**         jhall@jhall-law.com
**Received:**   05/10/2012 02:43 PM
**Subject:**    RICO Case Filed....
**Attachments:** Complaint RICO Revised.pdf

today in the 1st Judicial District. I strongly suggest you all obtain competent criminal counsel. Kate is pressing both the FBI in Albuquerque and the Justice Department in Washington to have you arrested for the Federal crimes you have committed against her including but not limited to extortion, attempted murder, mail fraud, wire fraud and conspiracy to commit.

Date: Thu, 10 May 2012 13:44:53 -0600
Subject: RICO Case Filed
From: gary.boyle.boylelawoffice@gmail.com
To: andyrossesq@msn.com

Andy,

I transmitted the RICO case for filing electronically. I have attached the as-filed version of the complaint. I will let you know when I get the return message from the court letting me know that it has been officially filed and assigning a case number and a judge. I need that information before I can get the summons issued but they are ready as soon as I get the case number.

Gary